FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Jose Ulisses Guzman, ) <br> Defendant. ) <br> _____) | Case No.: M 15-1408 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on apparent bench warrant for failure to appear,

1 unknown recent background, no known bail resources,
2 possible substance abuse ongoing, criminal convictions
3 while on supervision, history of failures to appear
4 and/or
5 B. (✓) The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: apparent ongoing subtance abuse, crim convictions
10 while on supervision

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 7/29/15

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2